[No. 5188-5-II.   Division Two.   December 7, 1982.]

RICHARD LUNDQUIST, *Respondent,* v. JOHN
M. HOLMAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 80-1-00630-6, James D. Roper, J., entered December 7, 1980. *Reversed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 4310-0-III.   Division Three.   December 7, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. WARREN
D. SUMMERS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80-1-00673-3, Howard Hettinger, J., entered December 5, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Roe, JJ.

[Nos. 4486-6-III; 4516-1-III.   Division Three.   December 7, 1982.]

DELBERT R. GARVER, ET AL, *Appellants,* v. HORACE
L. MILLER AGENCY, INC., ET AL, *Respondents.*

Appeals from judgments of the Superior Court for Yakima County, No. 80-2-02136-1, Bruce P. Hanson, J., entered March 16 and 27, 1981. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Munson, J.